IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **04CR10198MLW** |
| | : | COUNT ONE |
| v. | : | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| | : | (Transport of Illegal Aliens) |
| EDGAR RAMOS | : | |
| JOHN MEHIA | : | |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE:   U.S.C. § 1324(a)(1)(A)(ii)**
**(Transport of Illegal Aliens)**

Beginning on or about May 26, 2004, and continuing until at least May 28, 2004, in the District of Massachusetts and elsewhere,

**EDGAR RAMOS and JOHN MEHIA,**

the defendants herein, knowing and in reckless disregard of the fact that five aliens had come to, entered and remained in the United States in violation of law, transported and moved such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and in furtherance of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii); Title 8, United States Code, Section 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
NADINE PELLEGRINI
Assistant United States Attorneys


DISTRICT OF MASSACHUSETTS @ 2:06 pm on July 7, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk