UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                        CRIMINAL CASE

        V.                            NO. 04-10198 MLW

EDGAR RAMOS
JOHN MEHIA
          Defendant


NOTICE
OF
ARRAIGNMENT


ALEXANDER, U.S.M.J.

     PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **arraignment** at **10:30 a.m.** on **Wednesday, July 14, 2004,** before Magistrate Judge Joyce London Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

     Please note that the defendants must appear with counsel.


                           HONORABLE JOYCE LONDON ALEXANDER
                           U.S. MAGISTRATE JUDGE

                           By the Court:


July 13, 2004               /S/ Rex Brown
Date                        Courtroom Clerk
                           (617) 748-9238


Notice to:     Melvin Norris, Esq.
               *Via electronic filing*
               Leo Sorokin, Esq.
               *Via electronic filing*
               AUSA Nadine Pellegrini, Esq.
               *Via electronic filing*


Enclosures:     Indictment