## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                       CRIM. CASE NO:0R04-10198:001 MLW

EDGAR RAMOS
          Defendant


## ORDER ON
## APPOINTMENT OF FEDERAL DEFENDER

ALEXANDER, U.S.M.J.

On June 1, 2004, the defendant in the above-entitled action appeared before this Court for an initial appearance. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney LEO SOROKIN of the Federal Defender Office for the District of Massachusetts be appointed, effective as of June 1, 2004, to represent said defendant in this cause until further order of the Court.

SO ORDERED.

                                JOYCE LONDON ALEXANDER
                                UNITED STATES MAGISTRATE JUDGE

                                BY THE COURT:

                                /S/ Rex Brown
                                Courtroom Clerk

July 28, 2004
Date