UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2004-10198-MLW

UNITED STATES

V.

EDGAR RAMOS

and

JOHN MEHIA

**ORDER ON PROBABLE CAUSE AND DETENTION**

ALEXANDER, M.J.

On June 10, 2004, the defendants, EDGAR RAMOS and JOHN MEHIA, appeared before this Court for a probable cause hearing pursuant to a complaint charging them with violations of 8 U.S.C. § 1324(a)(1)(A)(ii) (moved and/or transported aliens in the United States in knowing and reckless disregard of the fact that the alien has come to, entered or remained in the United States in violation of the law). At the hearing, the government was represented by Assistant United States Attorney Nadine Pelligrini; Mr. Ramos was represented by Attorney Leo Sorokin of the Federal Defender's Office and Mr. Mehia was represented by Attorney Melvin Norris. The government presented the credible testimony of Agent Michael Perrella of the Bureau of Immigration and Customs Enforcement, as well as other documentary evidence. After hearing the testimony and in consideration of the evidence submitted, this Court FOUND that there is PROBABLE

CAUSE to believe the defendants, EDGAR RAMOS and JOHN MEHIA, committed the offense with which they are charged. This Court further took the issues of detention under advisement, permitting the defendants an opportunity to pursue a combination of conditions of release.

The defendants returned to the this Court on July 14, 2004 for purposes of an arraignment on an indictment charging them with the offense noted previously. At the time, defense counsel requested a continued opportunity to present a combination of conditions of release and the defendants consented to detention without prejudice in the interim. The Court ALLOWED the motion, and ORDERED that the defendants, EDGAR RAMOS and JOHN MEHIA, be DETAINED WITHOUT PREJUDICE with leave to present additional evidence, proffers and arguments on detention at some future date.

SO ORDERED.

_____
United States Magistrate Judge
7/14/04