UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10198 MLW

EDGAR RAMOS (1)
JOHN MEHIA (2)
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On August 17, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule other than a three (3) day enlargement for automatic discovery requested by the government;

3. There is no anticipated supplemental discovery;

4. Discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) includes an expert with respect to alien smuggling operations;

5. The applicable periods of excludable delay under the Speedy Trial Act include: July 7, 2004, through July 14, 2004 (7 days) and July 14, 2004, through August 11, 2004 (28 days), for a total of thirty-three (33) days as of August 11, 2004. **The time period from August 12, 2004, through October 5, 2004 (54 days), has not yet been excluded by written motion.** The government and defense will file a joint motion for any applicable periods of excludable delay. The total amount of time to proceed to trial is seventy (70) days as of August 11, 2004;

6. Trial is anticipated. The estimated duration of a trial is five (5) days;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. An **Interim Status Conference** is scheduled at **2:00 p.m.** on **October 5, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                          HONORABLE JOYCE LONDON ALEXANDER
                          U.S. MAGISTRATE JUDGE

                          By the Court:

September 27, 2004              /S/ Rex Brown
Date                                  Courtroom Clerk
                                  (617) 748-9238