UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            Criminal No. 04-10198-MLW
v.

JOHN MEHIA AND EDGAR RAMOS

**FIRST JOINT MOTION FOR EXCLUSION OF TIME**

The United States, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts and Nadine Pellegrini, Assistant U.S. Attorney, and counsel Leo Sorokin, Esq. for defendant Edgar Ramos, and Melvin Norris, Esq., for defendant, John Mehia, file this joint motion respectfully requesting that the court issue an order excluding the time from August 11, 2004 until October 5, 2004 as follows:

1. Previously, the time from the date of the indictment, July 8, 2004, until August 11, 2004, was excluded by this Court. See Report and Order on Initial Status Conference, filed September 27, 2004.

2. The parties are now seeking an Order excluding the time period from August 12, 2004 until the date of the interim status conference, October 5, 2004. As the basis for the request, the parties state the following:

From August 12, 2004, continuing until the date of the Interim Status conference, discovery is still on-going in this matter.  In response to the government's automatic discovery letter, the defendants filed a letter requesting additional items on September 17, 2004 and again on September 27, 2004.  The government required further time in order to respond to the request.

Therefore, the parties jointly request that this time be excluded pursuant to 18 U.S.C. §3161(8)(A) in the interests of justice.

                                          Respectfully submitted,

| For the Defendant: | MICHAEL J. SULLIVAN |
| --- | --- |
| EDGAR RAMOS | United States Attorney |
| | |
| /s/Leo Sorokin | By:  /s/Nadine Pellegrini |
| LEO SOROKIN, ESQ. | NADINE PELLEGRINI |
| Federal Defenders Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue, 3rd Floor | |
| Boston, MA 02210 | |

JOHN MEHIA

/s/Melvin Norris
MELVIS NORRIS, ESQ.
260 Boston Post Road
Wayland , MA 01778