/s/Melvin Norris

Case 1:04-cr-10198-MLW    Document 26    Filed 02/08/2005    Page 1 of 1