UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10198-MLW |
| ) | |
| EDGAR RAMOS ) | |

ASSENTED-TO MOTION TO ENLARGE MOTION DATE

Defendants Ramos and Mehia move to enlarge the date for filing dispositive motions through and including March 24, 2005 from the previously requested deadline of February 15, 2005. As grounds, counsel state that the USAO, through cooperative informal discovery, has identified addresses for two passengers in the van in which the defendants were in at the time of their seizure. Counsel anticipate receiving the contact information for these potentially important witnesses to the stop and seizure and arrest of the defendants which is the subject of the anticipated motion to suppress in the next day or two. The additional requested time would allow the FDO investigator time to locate and interview these potential witnesses as well as counsel the time to incorporate this information into defendants' motion to suppress. Defendants request that the Court exclude the time from February 15, 2005 to March 24, 2005 from the Speedy Trial Clock as in the interests of justice. Counsel further note that both defendants are on release.

AUSA Nadine Pellegrini has stated her assent to this motion.

| | |
|---|---|
| JOHN MEHIA<br>By his attorney, | EDGAR RAMOS<br>By his attorney, |
| /s/ Melvin Norris<br>Melvin Norris<br>  B.B.O. #373900<br>260 Boston Post Road, Suite 9<br>Wayland, MA 01778<br>Tel:  508-358-3305 | /s/ Leo T. Sorokin<br>Leo T. Sorokin<br>  B.B.O. #559702<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel:  617-223-8061 |