UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10198-MLW |
| ) | |
| EDGAR RAMOS ) | |

NOTICE OF APPEARANCE

Catherine K. Byrne hereby files her appearance in the above entitled case.

                                      EDGAR RAMOS
                                      By his attorney,

                                      /s/ Catherine K. Byrne

                                      Catherine K. Byrne
                                          B.B.O. #543838
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061

Date: March 17, 2005