UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

EDGAR RAMOS
JOHN MEHIA
      Defendant

CRIMINAL CASE
NO.04-10198 MLW

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On November 17, 2004, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motion;

3. There is no supplemental discovery anticipated;

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: July 7, 2004, through July 14, 2004 (7 days); July 14, 2004, through August 11, 2004 (28 days); August 11, 2004, through October 5, 2004 ( 55 days); November 3, 2005, through December 7, 2004 (34 days); December 21, 2004, through February 15, 2005 (56 days); February 15, 2005, through March 24, 2005 (37 days), for a total of two hundred and seventeen (217) days as of March 24, 2005.
   (b) The total amount of time to proceed to trial is twenty-eight (28) days as of March 24, 2005, in that time periods not excluded by motion are October 5, 2004, through November 3, 2004 ( 28 days) and December 7, 2005, through December 21, 2004 (14 days);
   (c) There are anticipated motions that may cause additional excludable time under the Speedy Trial Act;

5. (a) The defendant does not intend to raise a defense of insanity.

    (b) The defendant does not intend to raise a defense of public authority.

6. The Government has requested notice of alibi by the defendant and the defendant has not responded;

7. (a) There anticipated motions to sever, suppress or dismiss requiring a ruling by the District Court before trial;
   (b) A briefing schedule has been established;

8. The parties requested that the case remain with the Magistrate Judge until December 24, 2005, the original date to file dispositive motions. The date to file dispositive motions has been extended to March 24, 2005;

9. Resolution of case without trial is uncertain;

10. Trial is anticipated. The estimated duration of trial would be four (4) days;

11. There are no other matters.

    IT IS HEREBY ORDERED THAT

    A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant shall file dispositive motions on or before March 22, 2005, and the government shall file its responses on or before April 5, 2005. Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

                            HONORABLE JOYCE LONDON ALEXANDER
                            U.S. MAGISTRATE JUDGE

                            By the Court:

March 22, 2005              /S/ Rex Brown
Date                         Courtroom Clerk
                            (617) 748-9238