UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA           Criminal No.
                                   04-10198-MLW
v.

JOHN MEHIA and
EDGAR RAMOS

**SECOND JOINT MOTION TO EXCLUDE TIME**

The United States, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts and Nadine Pellegrini, Assistant U.S. Attorney, and counsel Leo Sorokin, Esq. for defendant Edgar Ramos, and Melvin Norris, Esq., for defendant, John Mehia, file this joint motion respectfully requesting that the court issue an order excluding the time from 10/5/04 until 1/04/05 as follows:

1. On 10/05/04, the parties appeared before the court for an Interim Status conference. At that time, the court set 11/03/04 as the date by which the defendants were to file dispositive motions.

2. On 10/28/04, defense counsel filed as Assented-to Motion to Continue to enlarge the time to file dispositive motions until 12/07/04. The court granted this motion.

    3. On 11/07/04, the parties appeared for a Final Status Conference. At this time, the defendants requested a further enlargement of time within which to file motions. The court granted this motion and set the filing date for dispositive motions as 12/21/04. The court provided that the government's responses were due by 01/04/05.

    Therefore, the parties request that the Court enter an Order excluding time from 10/05/04 until 01/04/05.

                                  Respectfully submitted,

| For the Defendant: | MICHAEL J. SULLIVAN |
| --- | --- |
| EDGAR RAMOS | United States Attorney |
| | |
| /s/Leo Sorokin | By:  /s/Nadine Pellegrini |
| | |
| LEO SOROKIN, ESQ. | NADINE PELLEGRINI |
| Federal Defenders Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue, 3rd Floor | |
| Boston, MA 02210 | |

JOHN MEHIA

/s/Melvin Norris
MELVIS NORRIS, ESQ.
260 Boston Post Road
Wayland , MA 01778