UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10198-MLW |
| | ) | |
| EDGAR RAMOS | ) | |

NOTICE OF WITHDRAWAL

Assistant Federal Defender Leo T. Sorokin hereby withdraws from the above entitled case.

/s/ Leo T. Sorokin
Leo T. Sorokin
  B.B.O. # 559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061

Date: March 23, 2005