**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

March 15, 2005

Nadine Pellegrini, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Re: U.S. v. Edgar Ramos
Criminal No. 04-10198-MLW

Dear Ms. Pellegrini:

I have taken over this case from Leo Sorokin. Upon looking through the file, I realized that there seems to be a page(s) missing on the ICE report number 005. Would you please forward this to me. I have enclosed a copy so that you will see what I mean.

Thanks for you assistance with this.

Sincerely,

Catherine K. Byrne

CKB:lhd

cc: Dennis O'Leary
    Courtroom Clerk