```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
            v.                  )    CRIMINAL NO. 04-10198-MLW
                                )
EDGAR RAMOS                     )
JOHN MEHIA                      )
```

### ASSENTED-TO MOTION TO ENLARGE MOTION DATE
### AND TO EXCLUDE TIME FROM SPEEDY TRIAL CALCULATION

Defendants Ramos and Mehia move to enlarge the date for filing dispositive motions through and including June 17, 2005. As grounds, counsel for Ramos states that she recently took over representation of Mr. Ramos from Attorney Leo Sorokin and needs the requested time to complete the motions to suppress. In addition, counsel state that on February 18, 2005 the United States Attorney's Office, through cooperative informal discovery, provided contact information for two passengers in the van in which the defendants were in at the time of their seizure. Further, defendant Ramos lives in Texas and counsel needs to meet with him to review affidavits prior to filing the motions. Defendants request that the Court exclude the time from March 24, 2005 to June 17, 2005 from the Speedy Trial Clock as in the interests of justice. Counsel further note that both defendants are on release.

Assistant United States Attorney Nadine Pellegrini has stated her assent to this motion.

| | |
|---|---|
| JOHN MEHIA<br>By his attorney, | EDGAR RAMOS<br>By his attorney, |
| /s/ Melvin Norris | /s/ Catherine K. Byrne |
| Melvin Norris<br>  B.B.O. #373900<br>260 Boston Post Road, Suite 9<br>Wayland, MA 01778<br>Tel: 508-358-3305 | Catherine K. Byrne<br>  B.B.O. #543838<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>Tel: 617-223-8061 |

Date: May 24, 2005