EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10198-MLW |
| ) | |
| EDGAR RAMOS ) | |

<u>AFFIDAVIT OF EDGAR RAMOS IN SUPPORT OF MOTION TO SUPPRESS</u>

The following is under oath and is true to the best of my knowledge and belief:

1. My name is Edgar Ramos. I am the defendant in the above numbered case. I was born in Mexico and my native language is Spanish.

2. On the morning of May 28, 2004, I drove a van into a parking lot in Boston, Massachusetts. I was seated in the driver's seat of a van which was legally parked.

3. Shortly after I parked the van, a uniformed police officer knocked on the passenger's side window. After the window was opened, the officer looked inside and began asking questions. He asked me for my license.

4. Then the police officer suddenly opened the two side doors to the van and told everyone in the van "I need to see your Ids." When the doors were opened I could see another officer outside. After the officer opened the doors and asked all of the people in the van for Ids, I gave him a list with names of passengers and the papers for the van.

5. The officer did not ask permission to open the doors of the van. No one gave him permission to open the doors.

6. I did not consent to being stopped and searched.

7. I was not shown a search warrant.

8. I was asked to exit the van and taken to a police station where police officers asked me questions. Later I was brought to a different building where I was questioned by different police officers. The van remained in the parking lot. One female officer asked me questions about the case. After speaking to me about the case for awhile she told me that she wanted to take a sworn statement. This is when she first told me anything about my rights. She asked me to sign a paper and I signed it.

9. At the time I did not understand that I could have a lawyer with me while the police were questioning me.

10. This affidavit does not contain everything that happened during this stop by the police. It is filed only to preserve my rights under the United States Constitution and the laws.

11. This affidavit was translated for me into Spanish before I signed it.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this _____ day of August, 2005.

_____
Edgar Ramos

-2-

EXHIBIT B

Rights Fm. "☒ 3:40 5/25/04
Davies/Gossett

Inc Pan
Right Given in Spanish.

Rights Given.

Explained. Don understand your rights.
Roger Simon Davis

① Do wish to speak with these officers do without your lawyer present.

Roger Simon Davis

Witness
_____
[signature] 3:40 PM 5/25/01