UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10198-MLW |
| ) | |
| EDGAR RAMOS ) | |
| JOHN MEHIA ) | |

MOTION TO FILE DEFENDANT'S AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS PHYSICAL EVIDENCE AND STATEMENTS UPON RECEIPT

Defendant Ramos in the above-entitled case respectfully requests that the Court permit him to file his affidavit in support of motion to suppress upon receipt. As reason therefore, defendant lives in Texas and defendant's counsel has not yet received the signed affidavit from him but has discussed its contents with him and intends to file it immediately upon receipt.

| | |
|---|---|
| JOHN MEHIA | EDGAR RAMOS |
| By his attorney, | By his attorney, |
| | |
| /s/ Melvin Norris | /s/ Catherine K. Byrne |
| Melvin Norris | Catherine K. Byrne |
|   B.B.O. #373900 |   B.B.O. #543838 |
| 260 Boston Post Road, Suite 9 | Federal Defender Office |
| Wayland, MA 01778 | 408 Atlantic Avenue, 3rd Floor |
| Tel: 508-358-3305 | Boston, MA  02110 |
| | Tel:  617-223-8061 |

Date: August 2, 2005