UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          Criminal No. 04-10198-MLW
v.

JOHN MEHIA AND EDGAR RAMOS

GOVERNMENT'S MOTION TO FILE ITS RESPONSE TO MOTIONS TO
SUPPRESS AFTER PRODUCTION OF DEFENDANT'S AFFIDAVIT

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, hereby files this MOTION requesting that its response to Defendant's Motion to Suppress be filed fourteen days after receipt of Defendant's Affidavit in Support of the Motion.

1. The Defendant EDGAR RAMOS filed a Motion to Suppress Physical Evidence and Statements on August 2, 2005. At that time, RAMOS also requested permission to file his Affidavit in Support of the Motion at a later date. The court granted this Motion and ordered production by August 19, 2005.

2. At this point, the government is not aware of what specific allegations that Defendant might make in his affidavit, as an unsigned copy of the affidavit was not provided with the initial filings.

3. In order to be fully prepared to file its Response, the government respectfully requests that the time within which to file its response is calculated from the date of production of the affidavit.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:  _____
                              Nadine Pellegrini
                              Assistant U.S. Attorney
                              U. S. Attorney's Office

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by electronic filing:

        Catherine Byrne, Esq.

        Melvin Norris, Esq.

                              By:  /s/Nadine Pellegrini
                                    Nadine Pellegrini
                                    Assistant U.S. Attorney