UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10198-MLW |
| | ) | |
| EDGAR RAMOS | ) | |
| JOHN MEHIA | | |

### MOTION TO FILE DEFENDANT'S AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS

Defendant Edgar Ramos in the above-entitled case respectfully requests that the Court permit him to file his affidavit in support of motion to suppress.

                                              EDGAR RAMOS
                                              By his attorney,

                                              /s/Catherine K. Byrne

                                              Catherine K. Byrne
                                                B.B.O. #543838
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061