UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.  04-10198-MLW |
| ) | |
| ) | |
| EDGAR RAMOS ) | |

<u>DEFENDANT'S MOTION FOR COURT ORDER</u>
<u>FOR TRAVEL EXPENSE</u>

The defendant, Edgar Ramos, respectfully moves this court, pursuant to 18 U.S.C. § 4285, for an order directing the U.S. Marshal Service to provide him with round trip airfare for transportation between Balch Springs, Texas and Boston, Massachusetts, and lodging while in Boston to allow defendant to attend the Motion to Suppress Evidence and Defendant Edgar Ramos's Motion to Suppress Statements hearing scheduled for January 10, 2007 at 2:30 P.M., if necessary, continuing on January 11, 2007.  Moreover, counsel requests that defendant arrive in Boston, Massachusetts no later than the evening of January 8, 2007, to permit undersigned counsel time to meet with defendant in preparation for the motion hearing.

As grounds for this motion, undersigned counsel states that the referenced hearing requires defendant's presence. The defendant resides in Balch Springs, Texas and is indigent. Because the defendant is indigent, he cannot afford the round trip airfare and lodging required without hardship or having to incur indebtedness. For the above reasons, counsel for the

defendant requests that this motion for travel expenses be granted.

                                      Edgar Ramos
                                      By his attorney,

                                      /s/Catherine K. Byrne
                                      Catherine K. Byrne
                                          B.B.O. #543838
                                      Federal Defender Office
                                      408 Atlantic Ave., 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 21, 2006.

                                      /s/Catherine K. Byrne
                                      Catherine K. Byrne