UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10198-MLW |
| | ) | |
| | ) | |
| EDGAR RAMOS | ) | |

COURT ORDER

The U.S. Marshal Service is hereby ordered, pursuant to 18 U.S.C. § 4285, to provide the defendant in the above-numbered case with round trip airfare to travel from Balch Springs, Texas to Boston, Massachusetts, January 8, 2007, and lodging for the evenings of January 8, January 9, January 10, and, if needed, January 11, 2007, so that he may attend his Motion to Suppress Evidence and Defendant Edgar Ramos's Motion to Suppress Statements hearing scheduled for January 10, 2007 and January 11, 2007.

Date: December 27, 2006          /s/ Mark L. Wolf
                                 United States District Judge