```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )
        V.                )    CRIMINAL NO. 04-10198-MLW
                          )
EDGAR RAMOS and           )
JOHN MEHIA                )
```

**GOVERNMENT'S REPORT TO COURT REGARDING
SUPPRESSION HEARING WITNESSES**

The United States, by United States Attorney Michael J. Sullivan and Assistant United States Attorney James Lang, in response to the Court's Order of November 22, 2006, respectfully submits this report identifying below the witnesses it anticipates calling at the suppression hearing currently scheduled for January 10, 2006 and estimating the length of time it expects to be necessary to present the testimony of each witness (the time estimates appear in parentheses beside each witness' name; the time estimates include both direct and cross-examination):

    MBTA Police Officer Patricia Pitt (one half hour);
    MBTA Police Officer Steven O'Hara (forty-five minutes);
    MBTA Police Officer David Silen (one half hour);
    ICE Special Agent Richard Davies (one half hour);
    Cheryl Bassett (one hour)

The government notes that it may choose to forgo the testimony of one or more of its identified witnesses and it notes

that its time estimates are speculative at best.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

              By:   /s/ James Lang
                    JAMES LANG
                    Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                  /s/ James Lang
                                  JAMES LANG
                                  Assistant U.S. Attorney