UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )    CRIMINAL NO. 04-10198-MLW<br>)<br>EDGAR RAMOS    ) | |

DEFENDANT EDGAR RAMOS REPORT TO COURT REGARDING
<u>SUPPRESSION HEARING WITNESSES</u>

    Defendant, Edgar Ramos reports that at this time he does not intend to call witnesses except for those already appearing on the government's witness list with the possible exception of testifying himself.  Should he testify it is anticipated that his testimony would take about one and one half hours.

                                 EDGAR RAMOS
                                 By his attorney,

                                 /s/ Catherine K. Byrne

                                 Catherine K. Byrne
                                    B.B.O. #543838
                                 Federal Defender Office
                                 408 Atlantic Avenue, 3rd Floor
                                 Boston, MA  02110
                                 Tel: 617-223-8061

<u>                                                                        </u>CERTIFICATE OF SERVICE

     I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 5, 2007.

                                       /s/ Catherine K. Byrne
                                       Catherine K. Byrne