UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10198-MLW |
| | ) | |
| EDGAR RAMOS | ) | |

MOTION TO AMEND DEFENDANT EDGAR RAMOS REPORT TO COURT REGARDING
SUPPRESSION HEARING WITNESSES

After reviewing the government's witness list, Defendant, Edgar Ramos moves to amend his list of suppression hearing witnesses and states that he may call any of the witnesses that appear on the government's witness list whom they do not call, as well as the following witnesses, and estimates the time for their testimony as follows:

1. Sgt. Sullivan (MBTA)(one-half hour);

2. Officer Silen (MBTA) (The government informed counsel that he is on military leave until January 19, 2007)(one-half hour);

3. MBTA Dispatcher whose voice is recorded on the dispatch tape of May 28, 2004 and provided in discovery by the government (fifteen minutes).

        EDGAR RAMOS
        By his attorney,

        /s/ Catherine K. Byrne
        Catherine K. Byrne
          B.B.O. #543838
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061

CERTIFICATE OF SERVICE

     I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 10, 2007.

                                          /s/ Catherine K. Byrne
                                          Catherine K. Byrne