UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10198

|  |  |
|---|---|
| United States | Edgar Ramos |
|  | John Mehia |
| PLAINTIFF | DEFENDANT |
| Nadine Pellegrini | Kathy Byrne |
|  | Melvin Norris |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Suppression Hearing |
|---|---|
| 1/11/07 | Interpreter, Frank Geoffrion, sworn in. Court goes over preliminary matters with counsel. Defendant Mehia seeks to file an affidavit in support of his motion to suppress in order to get an evidentiary hearing. Government opposes the motion. Court orders the government to inform ICE agent Linstrom that he may be required to be here to testify tomorrow morning or the government must have evidence establishing his unavailability due to medical reasons. Court asks the parties for opening statements. Parties give their opening statements. Court alerts the parties to a question that was not addresses in the parties briefing. Government calls MBTA Inspector Patricia Pitt - witness takes the stand and is sworn. Government calls MBTA Officer Steven O'Hara - witness takes the stand and is sworn. Government calls ICE Agent Richard Davies - witness takes the stand and is sworn. Interpreter- Luis Szekely sowrn in after the morning break. ICE Agent Davies retakes the stand. Government calls ICE Agent Cheryl Bassett - witness takes the stand and is sworn. Government rests. Defendant Ramos rests. Defendant Mehia rests. Court orders the parties to return tomorrow morning to make closing arguments at 10:30 am. Court gives the parties cases to read. |