UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>V.  )<br>  )<br>EDGAR RAMOS )<br>JOHN MEHIA )  | CRIMINAL NO. 04-10198-MLW |

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                        United States Attorney

                By:  /s/ Timothy Q. Feeley
                    TIMOTHY Q. FEELEY
January 16, 2006         Assistant U.S. Attorney
                    (617) 748-3172

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing notice.

                        /s/ Timothy Q. Feeley
                        TIMOTHY Q. FEELEY
                        Assistant U.S. Attorney