UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                          )<br>         V.               )<br>                          )<br> EDGAR RAMOS and          )<br> JOHN MEHIA               ) | CRIMINAL NO. 04-10198-MLW |

**NOTICE OF REPORT TO THE COURT**

The government and defendants Edgar Ramos and John Mehia respectfully report that the parties will be unable to agree on a resolution of this case prior to this Court's action on the defendants' motions to suppress.

| | |
|---|---|
| EDGAR RAMOS | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: /s/ Catherine K. Byrne<br>CATHERINE K. BYRNE, ESQ.<br>Attorney for Edgar Ramos | By: /s/ Timothy Q. Feeley<br>TIMOTHY Q. FEELEY<br>Assistant U.S. Attorney |

JOHN MEHIA

By: /s/ Melvin Norris
MELVIN NORRIS, ESQ.

January 26, 2007