UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10198-MLW |
| ) | |
| EDGAR RAMOS ) | |
| JOHN MEHIA ) | |

ASSENTED-TO MOTION TO ENLARGE DATE FOR FILING BRIEFS
IN SUPPORT OF MOTION TO SUPPRESS

Defendants Ramos and Mehia move to enlarge the date for filing briefs in support of their motion to suppress now due on February 23, 2007 for two weeks until March 9, 2007. As grounds, counsel for Ramos received the transcript yesterday (February 8, 2007) and counsel for Mehia has not yet received a copy. In addition, counsel for Ramos is starting trial in the case of United States v. Sean Bucci, Criminal No. 03-10220-MEL on February 12, 2007. The trial is expected to last at least two weeks. Counsel needs the requested time in order to complete the brief.

Assistant United States Attorney Timothy Feeley has stated his assent to this motion.

| | |
|---|---|
| JOHN MEHIA<br>By his attorney, | EDGAR RAMOS<br>By his attorney, |
| /s/ Melvin Norris | /s/ Catherine K. Byrne |
| Melvin Norris<br>  B.B.O. #373900<br>260 Boston Post Road, Suite 9<br>Wayland, MA 01778<br>Tel: 508-358-3305 | Catherine K. Byrne<br>  B.B.O. #543838<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |

CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 9, 2007.

/s/Catherine K. Byrne
Catherine K. Byrne