```
                     UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS


 UNITED STATES OF AMERICA        )
                                 )
            v.                   )     CRIMINAL NO. 04-10198-MLW
                                 )
 EDGAR RAMOS                     )
 JOHN MEHIA                      )
```

### ASSENTED-TO MOTION TO ENLARGE DATE FOR FILING BRIEFS IN SUPPORT OF MOTION TO SUPPRESS

Defendants Ramos and Mehia move to enlarge the date for filing briefs in support of their motion to suppress now due on March 9, 2007 until March 28, 2007.  As grounds, counsel for Mr. Ramos was on trial in the case of United States v. Sean Bucci, Criminal No. 03-10220-MEL from February 12-February 27, 2007.  In addition, counsel is the Assistant Federal Defender representing all of the defendant's participating in the Court Assisted Recovery Effort (CARE) which required her attention immediately following the trial.  Counsel needs the requested time in order to complete the brief.

Assistant United States Attorney Timothy Feeley has stated his assent to this motion.

```
JOHN MEHIA                              EDGAR RAMOS
By his attorney,                        By his attorney,

/s/ Melvin Norris                       /s/ Catherine K. Byrne

Melvin Norris                           Catherine K. Byrne
  B.B.O. #373900                          B.B.O. #543838
260 Boston Post Road, Suite 9           Federal Defender Office
Wayland, MA 01778                       408 Atlantic Avenue, 3rd Floor
Tel:  508-358-3305                      Boston, MA  02110
                                        Tel:  617-223-8061
```

CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2007.

```
                                        /s/Catherine K. Byrne
                                        Catherine K. Byrne
```