UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
            v.                )   CRIMINAL NO. 04-10198-MLW
                              )
EDGAR RAMOS                   )
JOHN MEHIA                    )
```

ASSENTED-TO MOTION TO ENLARGE DATE FOR FILING BRIEFS
IN SUPPORT OF MOTION TO SUPPRESS

    Defendants Ramos and Mehia move to enlarge the date for filing briefs in support of their motion to suppress now due on March 28, 2007 to and including April 6, 2007.  As grounds, the brief is taking longer than anticipated.  In addition, on Friday March 23rd, counsel obtained copies of the briefs filed in <u>United States v. Espinoza</u>, Court of Appeals Docket No. 06-2065, a case involving similar issues, which is pending in the First Circuit. Counsel intends to review those briefs before completing the brief in the present case.  In addition, counsel is the Assistant Federal Defender representing all of the defendants participating in the Court Assisted Recovery Effort (CARE) which required her attention immediately following the trial.  Counsel needs the requested nine days in order to complete the brief.

Assistant United States Attorney Timothy Feeley has stated his assent to this motion.

| | |
|---|---|
| JOHN MEHIA<br>By his attorney, | EDGAR RAMOS<br>By his attorney, |
| /s/ Melvin Norris | /s/ Catherine K. Byrne |
| Melvin Norris<br>  B.B.O. #373900<br>260 Boston Post Road, Suite 9<br>Wayland, MA 01778<br>Tel:  508-358-3305 | Catherine K. Byrne<br>  B.B.O. #543838<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel:  617-223-8061 |

CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 26, 2007.

/s/ Catherine K. Byrne

Catherine K. Byrne