```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
        v.                      )    CRIMINAL NO. 04-10198-MLW
                                )
EDGAR RAMOS                     )
JOHN MEHIA                      )
```

DEFENDANT RAMOS'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT

Defendant Edgar Ramos hereby respectfully requests leave, pursuant to L.R. 7.1(B)(4), to exceed the page limit in his Post-Hearing Memorandum in Support of Motion to Suppress. As grounds for this motion, counsel states that the memorandum concerns several factually dense legal issues that required substantial discussion. Counsel was required to exceed the page limit in order to file a meaningful memorandum that might reasonably be considered to assist the Court in its disposition of these matters.

```
                                EDGAR RAMOS
                                By his attorney,

                                /s/ Catherine K. Byrne

                                Catherine K. Byrne
                                   B.B.O. #543838
                                Federal Defender Office
                                408 Atlantic Avenue, 3rd Floor
                                Boston, MA 02110
                                Tel: 617-223-8061
```

<u>CERTIFICATE OF SERVICE</u>

    I, Catherine K, Byrne, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 6, 2007.

                                        /s/ Catherine K. Byrne

                                        Catherine K. Byrne