UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
                          )    CRIMINAL NO. 04-10198-MLW
                          )
EDGAR RAMOS and           )
JOHN MEHIA                )
```

**GOVERNMENT'S MOTION FOR LEAVE TO FILE**
**MEMORANDUM IN EXCESS OF TWENTY PAGES**

The government respectfully requests leave to file a memorandum of 37 pages in opposition to the suppression motions of defendants Edgar Ramos and John Mehia.

```
                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                   By:  /s/ Timothy Q. Feeley
                        TIMOTHY Q. FEELEY
                        Assistant U.S. Attorney
                        (617) 748-3172
```

April 6, 2007

CERTIFICATE OF SERVICE

This is to certify that I have this 28th day of March 2007 served upon counsel of record a copy of the foregoing document by electronic filing notice.

```
                        /s/ Timothy Q. Feeley
                        TIMOTHY Q. FEELEY
                        Assistant U.S. Attorney
```