UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10198-MLW |
| | ) | |
| EDGAR RAMOS | ) | |
| JOHN MEHIA | | |

**DEFENDANT RAMOS'S RESPONSE TO GOVERNMENT'S MOTION TO STRIKE AFFIDAVITS**

Defendant Ramos's affidavit should be considered by the court and given whatever weight the court deems appropriate. The Federal Rules of Evidence do not apply at suppression hearings and hearsay is admissible. United States v. Schaefer, 87 F3rd 562, 570 (1st Cir. 2005). "Consequently, a judge presiding at a suppression hearing may receive and consider any relevant evidence, including affidavits and unsworn documents that bear indicia of reliability." Id. at 570 (1st Cir. 2005) citing, United States v. Raddatz, 447 U.S. 667, 679 (1980).

Furthermore, the case the government relies upon, United States v. Baskin, 424 F.3rd 1 (1st Cir. 2005), is inapposite because in that case the government called the defendant as a witness at which time the defendant exercised his Fifth Amendment right to remain silent. There the court said it was *permissible* to strike the defendant's affidavit where defendant asserts Fifth Amendment during cross-examination. Here, the government did not seek to call defendant Ramos as a witness nor did the defendant assert his privilege. In fact, much of what is contained in the

affidavit comports with the testimony of the government witnesses. Accordingly, the court should consider the affidavit and give it whatever weight the court decides is warranted.

```
                              EDGAR RAMOS
                              By his attorney,

                              /s/ Catherine K. Byrne
                              Catherine K. Byrne
                                 B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA 02110
                              Tel: 617-223-8061
```

## CERTIFICATE OF SERVICE

I, Catherine K, Byrne, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2007.

```
                              /s/ Catherine K. Byrne
                              Catherine K. Byrne
```