```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|         v.   ) | C.A. No. 04-10198-MLW |
| EDGAR RAMOS,   )<br>JOHN MEHIA,   )<br>   Defendants   ) | |

<u>ORDER</u>

WOLF, D.J.                                            May 10, 2007

    A hearing is necessary to address the recent submissions in this case. It will be held on May 18, 2007, at 10:30 a.m.


                                                              /s/ Mark L. Wolf
                                                             UNITED STATES DISTRICT JUDGE