UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        )
                                )
          v.                    )      CRIMINAL NO. 04-10198-MLW
                                )
EDGAR RAMOS                      )
JOHN MEHIA
```

MOTION TO WAIVE DEFENDANTS' APPEARANCE
AT HEARING SCHEDULED FOR MAY 18, 2007

Defendants Ramos and Mehia move that their appearance at the hearing on the motion to suppress physical evidence and statements and to strike defendant's affidavits, scheduled for May 18, 2007, be waived. As reason therefore, defendant Ramos and defendant Mehia live in the Dallas area in Texas. They are both under pretrial supervision in Texas and given their financial and employment circumstances they prefer to waive their appearance at this non-evidentiary hearing.

```
JOHN MEHIA                      EDGAR RAMOS
By his attorney,                By his attorney,


/s/ Melvin Norris               /s/ Catherine K. Byrne
Melvin Norris                   Catherine K. Byrne
  B.B.O. #373900                  B.B.O. #543838
260 Boston Post Road, Suite 9   Federal Defender Office
Wayland, MA 01778               408 Atlantic Avenue, 3rd Floor
Tel: 508-358-3305               Boston, MA  02110
                                Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Catherine K, Byrne, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 15, 2007.

/s/ Catherine K. Byrne
Catherine K. Byrne

-2-