UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 04-10198-MLW |
| ) | |
| EDGAR RAMOS       ) | |
| JOHN MEHIA        ) | |

**DEFENDANT RAMOS'S MOTION TO SUPPLEMENT HIS POST-HEARING MEMORANDUM WITH ADDITIONAL AUTHORITY**

Defendant Ramos moves to supplement his April 6, 2007 Post-Hearing Memorandum in Support of Motion to Suppress with the attached additional authority. As grounds for this motion, defendant states that on June 13, 2007, the Court of Appeals for the First Circuit affirmed the District Court's suppression of evidence in United States v. Espinoza, 433 F.Supp.2d 186 (D.Mass. 2006). United States v. Espinoza, No. 06-2065, 2007 WL 1696150 (1st Cir. June 13, 2007). Defendant cited the District Court's opinion in Espinoza in support of his motion to suppress at page 26 of his Post-Hearing Memorandum, noting that an appeal was pending at the time the memorandum was filed.

EDGAR RAMOS
By his attorney,


/s/ Catherine K. Byrne
Catherine K. Byrne
   B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I, Catherine K, Byrne, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 18, 2007.

                                                  /s/ Catherine K. Byrne
                                                  Catherine K. Byrne