```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

                                 )
UNITED STATES OF AMERICA,        )
                                 )
         v.                      )   C.A. No. 04-10198-MLW
                                 )
EDGAR RAMOS,                     )
JOHN MEHIA.                      )
```

ORDER

WOLF, D.J.                                       August 12, 2007

The court has been considering the parties' submissions and the arguments presented at the May 18, 2007 hearing on the defendants' motion to suppress. At that hearing, the court questioned whether it had sufficient evidence to decide if certain of the facts on which the government's arguments rely should be found. See Government's Request for Findings of Fact at 17-20. While the government preferred not to offer additional testimony at that time, the court has concluded that further testimony from at least Steven O'Hara is important. Accordingly it is hereby ORDERED that:

1. The hearing on defendants' motion to suppress shall continue on August 27, 2007, at 9:30 a.m.[1]

2. O'Hara and his partner, Officer Silen, shall be present to testify.

---

[1] Counsel shall inform the court promptly if they or O'Hara have plans that would make them unavailable on August 27, 2007. If so, they shall state whether they are available on August 23 and/or 24, 2007, or later during the week of August 27, 2007.

1

3. Defendants shall attend the hearing.

                                                                               /s/ Mark L. Wolf  
                                                                             UNITED STATES DISTRICT JUDGE