UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
              v.                  )     CRIMINAL NO. 04-10198-MLW
                                  )
EDGAR RAMOS                       )
JOHN MEHIA                        )

ASSENTED-TO MOTION TO CONTINUE MOTION
HEARING DATE NOW SCHEDULED FOR AUGUST 27, 2007

Defendants Ramos and Mehia move to continue the motion
hearing now scheduled for August 27, 2007 to either September 20
or 21st.  As grounds, counsel for Ramos states that she has a
previously planned family vacation the week of August 27th.  In
addition, counsel state that the Assistant United States Attorney
is on vacation on August 23rd and 24th (the other dates suggested
by the Court).  The witnesses are available the week of
September 17th.

Counsel further note that both defendants are on release.

Assistant United States Attorney Timothy Feeley has stated
his assent to this motion.

JOHN MEHIA                        EDGAR RAMOS
By his attorney,                  By his attorney,

/s/ Melvin Norris                 /s/ Catherine K. Byrne

Melvin Norris                     Catherine K. Byrne
  B.B.O. #373900                    B.B.O. #543838
260 Boston Post Road, Suite 9     Federal Defender Office
Wayland, MA 01778                 408 Atlantic Avenue, 3rd Floor
Tel: 508-358-3305                 Boston, MA  02110
                                  Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Catherine K, Byrne, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 14, 2007.

/s/ Catherine K. Byrne

Catherine K. Byrne