UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    ) CRIMINAL NO.  04-10198-MLW
                              )
                              )
EDGAR RAMOS                   )

<u>DEFENDANT'S MOTION FOR COURT ORDER
FOR TRAVEL EXPENSE</u>

The defendant, Edgar Ramos, respectfully moves this court, pursuant to 18 U.S.C. § 4285, for an order directing the U.S. Marshal Service to provide him with round trip airfare for transportation between Balch Springs, Texas and Boston, Massachusetts, and lodging while in Boston to allow defendant to attend the Motion to Suppress Evidence and Defendant Edgar Ramos's Motion to Suppress Statements hearing scheduled for September 20, 2007 at 9:30 AM.  Moreover, counsel requests that defendant arrive in Boston, Massachusetts no later than the afternoon of September 19, 2007, to permit undersigned counsel time to meet with defendant in preparation for the motion hearing.

As grounds for this motion, undersigned counsel states that the referenced hearing requires defendant's presence. The defendant resides in Balch Springs, Texas and is indigent. Because the defendant is indigent, he cannot afford the round trip airfare and lodging required without hardship or having to incur indebtedness.  Regarding the lodging, counsel requests that

the order direct the U.S. Marshal service to arrange for Mr.

Ramos to stay overnight at Coolidge House or another suitable

location from which he can take public transportation to the

courthouse.  For the above reasons, counsel for the defendant

requests that this motion for travel expenses be granted.


                              Edgar Ramos
                              By his attorney,

                              /s/Catherine K. Byrne
                              Catherine K. Byrne
                                B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

                    <u>CERTIFICATE OF SERVICE</u>

I, Catherine K. Byrne, hereby certify that this document filed
through the ECF system will be sent electronically to the
registered participants as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to those indicated as
non-registered participants on August 16, 2007.


                              /s/Catherine K. Byrne
                              Catherine K. Byrne