UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10198-MLW |
| ) | |
| ) | |
| EDGAR RAMOS ) | |

## COURT ORDER

The U.S. Marshal Service is hereby ordered, pursuant to 18 U.S.C. § 4285, to provide the defendant in the above-numbered case with round trip airfare to travel from Balch Springs, Texas to Boston, Massachusetts, September 19, 2007 and lodging for the evenings of September 19, 2007 and, if needed, September 20, 2007, so that he may attend the continuation of his Motion to Suppress Evidence and Defendant Edgar Ramos's Motion to Suppress Statements hearing scheduled for September 20, 2007.

Date: _____

United States District Judge

_____