UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10198

United States
PLAINTIFF

Edgar Ramos
John Mehia
DEFENDANT

Nadine Pelligrini

Catherine Byrne

Mel Norris

COUNSEL FOR PLAINTIFF     COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Suppression Hearing |
|---|---|
| 9/18/07 | Interpreters, Sylvia Zetterstrand and Luis Szekely, sworn in. Court goes over the current status of the case. |
| | Government informs the court that Officer Federico is not deceased and has simply moved on to another job. |
| | Government calls Officer O'Hara - witness takes the stand and is sworn. Court takes a brief recess and then returns to listen to the parties oral arguments. Court gives the parties one week to report and submit any cases/supplemental briefs by 9/25/2007. Any response shall be filed by 10/2/07. |