```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | )  Cr. No. 04-10198-MLW |
|  | ) |
| EDGAR RAMOS and | ) |
| JOHN MEHIA, | ) |
|     Defendants. | ) |

                            ORDER

WOLF, D.J.                                    November 5, 2007

   It is hereby ORDERED that:

   1. Defendants Edgar Ramos and John Mehia's motion to suppress (Docket No. 38) is DENIED, at least with regard to the seizure and search at the MBTA parking lot on May 28, 2004. The court will issue a memorandum explaining this decision.

   2. As the Speedy Trial Act deadline may be as early as November 22, 2007, unless one or both defendants move, by November 6, 2007 at 4:00 p.m., for a continuance:

      a) A scheduling conference shall be held on November 7, 2007, at 2:00 p.m.; and

      b) Trial shall commence on November 19, 2007.


                               /s/ Mark L. Wolf
                          UNITED STATES DISTRICT JUDGE