UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v. ) | CRIMINAL NO. 04-10198-MLW |
| ) | |
| EDGAR RAMOS ) | |
| JOHN MEHIA ) | |

ASSENTED-TO MOTION TO CONTINUE TRIAL DATE
NOW SCHEDULED FOR NOVEMBER 19, 2007

Defendants Ramos and Mehia move to continue the trial date now scheduled for November 19, 2007 until February 4, 2008 or March 31, 2008. The preferred date is March 31, 2008. As reason therefore, counsel need additional time to adequately prepare for trial. Furthermore, the defendants both speak Spanish and live in Texas making trial preparation more time consuming. In addition, counsel for defendant Ramos has trials scheduled on December 3, 2007 and on February 25, 2008 and has vacation plans the week of December 24, 2007 and March 10, 2008. Counsel further note that both defendants are on release.

Defendants request that the Court exclude the time from the present date until the trial date from the Speedy Trial Clock as in the interests of justice.

Assistant United States Attorney Nadine Pellegrini has stated her assent to this motion.

-2-

| | |
|---|---|
| JOHN MEHIA<br>By his attorney, | EDGAR RAMOS<br>By his attorney, |
| /s/ Melvin Norris | /s/ Catherine K. Byrne |
| Melvin Norris<br>  B.B.O. #373900<br>260 Boston Post Road, Suite 9<br>Wayland, MA  01778<br>Tel: 508-358-3305 | Catherine K. Byrne<br>  B.B.O. #543838<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |

CERTIFICATE OF SERVICE

    I, Catherine K, Byrne, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 6, 2007.

                                                    /s/ Catherine K. Byrne
                                                    Catherine K. Byrne