```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
                             )
     v.                      )    C.R. No. 04-10198-MLW
                             )
EDGAR RAMOS                  )
JOHN MEHIA                   )
```

ORDER

WOLF, D.J.                                    March 10, 2008

It is hereby ORDERED that:

1. Defendants' Assented-To Motion to Continue Trial Date (Docket No. 94) is ALLOWED.

2. As requested by defendants, all time from November 6, 2007 to the commencement of trial is excluded for Speedy Trial Act purposes because the interests of providing defendants and their counsel adequate time to prepare for trial outweighs the interest of the public in a speedier trial. See 18 U.S.C. §3161(h)(8)(A).

3. A scheduling conference will be held on March 13, 2008, at 11:00 a.m.

```
                              /s/ MARK L. WOLF
                            UNITED STATES DISTRICT JUDGE
```