UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR04-10198

| United States | Edgar Ramos and John Mehia |
|---|---|
| PLAINTIFF | DEFENDANT |
| Nadine Pellegrini | Kathryn Byrne |
| | Mel Norris |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Romanow

CLERK'S NOTES

| DATES: | Pretrial Conference |
|---|---|
| 3/13/08 | Court goes over the current posture of the case with the parties. Defendants move to continue the trial date further until after the court issues its decision on the pending motions to suppress. Parties request a trial date of August 4, 2008. Court sets trial date for August 4, 2008. Court will issue order on the motion to suppress and set a further pretrial conference afterwards. |