UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                            )
            v.              )   C.A. No. 04-10198-MLW
                            )
EDGAR RAMOS,                )
JOHN MEHIA.                 )

ORDER

WOLF, D.J.                                    March 26, 2008

    For the reasons described in detail in court on March 13, 2008, it is hereby ORDERED that:

    1. The trial shall commence on August 4, 2008, at 9:00 a.m.

    2. With the agreement of the parties, the time from March 13, 2008 through August 4, 2008, is excluded for Speedy Trial Act purposes because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A).


                                    /s/ MARK L. WOLF
                            UNITED STATES DISTRICT JUDGE