```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | C.R. No. 04-10198-MLW |
| ) | |
| EDGAR RAMOS ) | |
| JOHN MEHIA  ) | |

<u>ORDER</u>

WOLF, D.J.                                                June 25, 2008

    The Deputy Clerk has consulted with counsel for the parties. With their agreement, it is hereby ORDERED that:

    1. The trial of this case shall commence on September 8, 2008.

    2. The parties shall comply with the attached Pretrial Order.

    3. All time until September 8, 2008 is excluded for Speedy Trial purposes because the interest of providing time for the parties to consider the implications of the decision that will be issued on the pending motions to suppress and, if necessary, to prepare for trial outweighs the interests of the defendant and the public in a speedier trial. <u>See</u> 18 U.S.C. §3161(h)(8)(A).

                                                /s/ MARK L. WOLF
                                               UNITED STATES DISTRICT JUDGE