**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

July 28, 2008

Hon. Mark L. Wolf
c/o Dennis O'Leary
Deputy Clerk
U.S. District Court
One Courthouse Way
Boston, MA 02210

    Re: United States v. Edgar Ramos
        Criminal No. 04-10198-MLW

Dear Chief Judge Wolf:

    I am writing to request that Your Honor permit Tamara Fisher to appear in this case. Since October 2007, Ms. Fisher has been employed by the Federal Defender Office in Boston as a Research and Writing Specialist ("RWS"). Under the Defender Organization Classification System ("DOCS"), an RWS "does not ordinarily sign pleadings or make court appearances." DOCS further provides, however, that an RWS

> may sign pleadings or make court appearances in exceptional circumstances, but only if the following conditions are met:
>
> (1) the RWS has extraordinary case-specific expertise; the RWS has performed an exceptionally large amount of high quality work on the case; the RWS has an unusually strong interest in the case issues; the Defender concludes that a court appearance, under direct supervision, is appropriate for training purposes; or in other exceptional circumstances as determined by the Defender when necessary to protect the client's interest;
>
> (2) authorization of the appropriate court; and
>
> (3) if mandated by the laws of the state or the local rules of the district in which the defender organization

**FEDERAL DEFENDER OFFICE**

    is located, the RWS must be admitted to the bar of that state and to the bar of the federal court.

DOCS at 4-1.

    Ms. Fisher has done significant work on this case. She has researched all anticipated evidentiary issues and will be primarily responsible for drafting pre-trial motions. She is a member in good standing of the Massachusetts bar and the bar of this Court. I believe her expertise would enable her to provide valuable assistance to the defense in this case.

    Please let me know if any additional information would be helpful.

                                  Respectfully,

                                  Miriam Conrad