**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

August 4, 2008

Nadine Pellegrini, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

    Re:  U.S. v. Edgar Ramos
         Criminal No. 04-10198-MLW

Dear Ms. Pellegrini:

    I know that you said that agents were attempting to track down the persons in the van. Please provide me with the name and present address of each of the persons in the van, other than Mr. Mehia. As to these individuals, I request that you provide me a copy of the report(s) of any follow-up investigation or interviews conducted of these persons and that you disclose:

    i.   the status of their deportation proceedings;
    ii.  the bail status of each of these persons;
    iii. any requests you or your office has made on behalf of these persons to any other agency;
    iv. any promises, rewards or inducements you or your office or any other government agency has provided to these persons including but not limited to allowing them to remain in the United States either temporarily or permanently, and allowing them to work;
    v.  any requests you or your office has made relating to their deportation proceedings;
    vi. the name and address of the jail or other institution in which these people are held or the address to which the persons have been released.

    In addition, pursuant to Fed. R. Crim. P. 16(a)(1)(G), we request that the government disclose at your earliest convenience a written summary of the testimony it intends to use under Fed. R. Evid. 702, 703, or 705 in its case in chief at trial including, but not limited to, the witnesses' opinions, the bases and reasons for

FEDERAL DEFENDER OFFICE

those opinions, and the witnesses' qualifications.

    Thanks for you assistance with this.

                              Sincerely,

                              Catherine K. Byrne

cc:  Dennis O'Leary, Courtroom Clerk
     Mel Norris, Esq.