UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          v.              )     CRIMINAL NO. 04-10198-MLW
                            )
                            )
EDGAR RAMOS                )

DEFENDANT'S MOTION FOR JUROR QUESTIONNAIRE

Defendant respectfully moves, pursuant to Fed. R. Crim. P. 24(a), that in an effort to insure a fair and impartial jury, this Court allow the use of the attached juror questionnaire. The questionnaire consists of three questions designed to identify racial and ethnic bias. (Exhibit A).

The questionnaire procedure is simple and works as follows: The jury administrator distributes the questionnaire to members of the jury pool, and the jurors complete the questionnaire privately in the jury assembly room. The juror's number is placed at the top of the questionnaire. When the venire is brought into the courtroom, the questionnaires are collected and reviewed by counsel and the Court. Jurors who have answered the questionnaire in a way which disqualifies them may be immediately dismissed by the Court. (The questionnaire actually saves time because all jurors who express racial/ethnic bias can be eliminated immediately, obviating the need to discuss this issue at sidebar).

As grounds for this motion, defendant states as follows:

1.    The defendant is an Hispanic immigrant born in Mexico.

2.    Jurors are less likely to admit racial/ethnic bias when they know they will be required to discuss their answers with the judge and counsel at sidebar (as is the case when the Court asks the question, among others, in the courtroom).

3.    Jurors are more likely to be honest when they are filling out a questionnaire privately.  See affidavit of undersigned counsel (Exhibit B).

<div style="margin-left: 40%;">

EDGAR RAMOS
By his attorney,

/s/ Catherine K. Byrne

Catherine K. Byrne
   B.B.O. #543838
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

</div>

<u>CERTIFICATE OF SERVICE</u>

   I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 11, 2008.

<div style="margin-left: 40%;">

/s/ Catherine K. Byrne

Catherine K. Byrne

</div>

-2-