**EXHIBIT A**

Juror Number _____

<u>General Instructions for Completing Questionnaire</u>

_____This questionnaire is being used to assist in jury selection in the case of <u>United States of America v. Edgar Ramos</u>. Mr. Ramos is Hispanic and an immigrant to the United States. He was born in Mexico. He is accused of knowingly transporting illegal aliens in the United States.

Please answer both questions below completely and truthfully. Your answers will be used only for the purpose of selecting a jury in this case. There are no right or wrong answers to these questions. Please keep in mind that you are answering these questions under oath and must be truthful.

1. You have no legal obligation to like or feel comfortable with an Hispanic person but you do have an obligation to tell the court your feelings candidly and accurately. Do you have any feelings or opinions about Hispanic people or about recent immigrants that would cause you to question your ability to be impartial in evaluating the evidence in this case? _____

_____

_____

2. Do you believe that Hispanic men are more likely than members of other races to commit crimes?

     3.  During the trial, Mr. Ramos will be required to use the services of an interpreter.  Do you believe that immigrants to the United States should be required to learn to speak English?\_\_\_

_____

_____