UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 04-10198-MLW |
| ) | |
| ) | |
| EDGAR RAMOS        ) | |

DEFENDANT'S REQUESTED INDIVIDUAL
VOIR DIRE OF PROSPECTIVE JURORS

Defendant, Edgar Ramos, respectfully moves, pursuant to Fed. R. Crim. P. 24(a), that in an effort to obtain a fair and impartial jury, this Court utilize the juror questionnaire (only three questions) which addresses racial/ethnic bias or prejudice. Exhibit A.  In support of this request, see affidavit of counsel. Exhibit B.

The defendant further moves that this Court ask the following general questions of the venire individually and follow up where warranted based on juror's answers to the questionnaire.

1. The government claims that between May 26 and May 28, 2004 Mr. Ramos and Mr. Mehia knowingly transported illegal aliens within the Untied States.  Do you have any reaction to the allegations that might make it difficult for you to be fair or impartial in this case?

2. Do you think the fact that this case involves illegal aliens might make it difficult for you to evaluate the evidence in this case fairly and impartially?

3. Have you, your spouse or any member of your family, ever been a victim of crime?

4.  Have you or any of your family members ever worked for any federal, state or local law enforcement agency, prosecutor's office or security agency?  For example, any police department, MBTA police, Customs Enforcement Agency, Immigration and Naturalization Services, Homeland Security, F.B.I. or any other law enforcement agency.

5.  Have any newspaper articles, television reports, or media coverage about crime, or illegal immigration affected you in a way which might make it difficult for you to decide this case solely upon the evidence produced at trial?

6.  Have you or any member of your family ever been involved in a criminal case as a victim or witness?

7.  Have you had prior jury trial service in either a civil or criminal case?  If your answer is yes, is there anything about your prior service that might affect your ability to be fair and impartial in this case?

                                EDGAR RAMOS
                                By his attorney,

                                /s/Catherine K. Byrne

                                Catherine K. Byrne
                                   B.B.O. #543838
                                Federal Defender Office
                                408 Atlantic Ave., 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 11, 2008.

                                                /s/Catherine K. Byrne

                                                Catherine K. Byrne