```
               UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
      v.                    )     CRIMINAL NO. 04-10198-MLW
                            )
                            )
EDGAR RAMOS                 )
```

DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant respectfully moves, that the trial which is now scheduled to begin September 8, 2008 be continued.  As reason therefore, there is a pending motion to suppress physical evidence and statements which the court has not ruled on. Defendant cannot adequately prepare for trial without knowing the ruling on this motion.  Additionally, defendant cannot make an informed decision whether or not to proceed to trial without knowing the courts ruling.  Defendant is indigent, resides in Texas, and is Spanish speaking.  These factors make trial preparation more time consuming.

                                        EDGAR RAMOS
                                        By his attorney,

                                        /s/ Catherine K. Byrne

                                        Catherine K. Byrne
                                            B.B.O. #543838
                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 13, 2008.

                                            /s/ Catherine K. Byrne

                                            Catherine K. Byrne