```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
        v.                 )    CRIMINAL NO. 04-10198-MLW
                           )
                           )
EDGAR RAMOS                )
```

SUPPLEMENTAL MOTION TO CONTINUE TRIAL

Defendant supplements his motion to continue the trial with this motion. Defendant respectfully requests that the trial be continued from September 8, 2008 to November 17, 2008 and that the time between September 8, 2008 and the new trial date be excluded from the speedy trial calculation.

Co-defendant John Mehia assents to the motion to continue the trial and to the time being excluded.

```
                                EDGAR RAMOS
                                By his attorney,

                                /s/ Catherine K. Byrne

                                Catherine K. Byrne
                                   B.B.O. #543838
                                Federal Defender Office
                                408 Atlantic Ave., 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

    I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 14, 2008.

                                          /s/ Catherine K. Byrne

                                          Catherine K. Byrne