```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | C.A. No. 04-10198-MLW |
| EDGAR RAMOS, JOHN MEHIA. | ) ) ) | |

ORDER

WOLF, D.J.                                              August 16, 2008

Defendant Edgar Ramos, with assent of defendant John Mehia, has moved for continuation of the trial in this matter from September 8, 2008 to November 17, 2008, and both have agreed that all time until November 17, 2008 be excluded for Speedy Trial Act purposes. The Motion is meritorious.

Therefore, it is hereby ORDERED that:

1. Defendant's Motion to Continue and Supplemental Motion to Continue (Docket Nos. 117 and 118) are ALLOWED.

2. Trial shall commence on November 17, 2008, at 9:00 a.m.

3. The pretrial conference, scheduled for August 27, 2008, is CANCELLED. The pretrial conference will be rescheduled after a Memorandum and Order is issued on the pending Motion to Suppress.

3. As requested by the defendants, the time from September 8, 2008 to November 17, 2008, is excluded for Speedy Trial Act purposes because the ends of justice served by the delay outweigh

the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A).

                                        /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT JUDGE