UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
| v. | ) | Cr. No. 04-10198-MLW |
|  | ) | |
| EDGAR RAMOS and | ) | |
| JOHN MEHIA, | ) | |
| Defendants. | ) | |

ORDER

WOLF, D.J.                                                    July 2, 2009

    The U.S. Marshal Service is hereby ordered, pursuant to 18 U.S.C. § 4285, to provide the defendants in the above-numbered case with round trip airfare to travel from Balch Springs, Texas to Boston, Massachusetts, August 9, 2009, and lodging for the evenings of August 9, 2009 for the purpose of meeting with their attorneys and attend the sentencing hearing scheduled for August 10, 2009.

/s/ Mark L. Wolf
------------------------------
UNITED STATES DISTRICT JUDGE

1