UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.     CR04-10198

| United States | Edgar Ramos<br>John Mehia |
|---|---|
| PLAINTIFF | DEFENDANT |
| Nadine Pellegrini | Kathy Byrne |
|  | Mel Norris |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 8/10/09 | Court goes over the filings it has received in connection with today's proceedings with the parties. Court allows Mehia's motion to file one day late. Court goes over the legal framework for today's proceeding with the parties. Court adopts all the factual allegations contained in the PSR as to Ramos. Court calculates the advisory guidelines as to Ramos as follows: TOL 11, CH I, 8-14 months custody, 2-3 years supervised release, $2K-$20K fine and $100 special assessment fee. Court denies the defendant Mehia's objection to the PSR and finds that Mehias advisory guidelines are the same as the defendant Ramos'. Government recommends a split sentence as to Ramos with 4 months in custody followed by 36 months supervised release with the first 4 months of home detention. Government does not recommend a fine. Defendant Ramos argues for a sentence of time served followed by 2 years supervised release. Defendant Ramos addresses the court. Government recommends the same sentence as to the defendant Mehia. Defendant Mehia argues for a downward departure and for a sentence of straight probation. Defendant Mehia addresses the court. Formal sentencing as to Ramos: time served followed by 36 months supervised release on the standard conditions plus the special conditions imposed by the court. Court does not impose a fine but does impose the mandatory $100 special assessment fee. Defendant advised of his right to appeal and to counsel to the extent not waived by the plea agreement. Formal sentencing as to Mehia: time served followed by 36 months supervised release on the standard conditions plus the special conditions imposed by the court. Court does not impose a fine but does impose the mandatory $100 special assessment fee. Defendant advised of his right to appeal and to counsel to the extent not waived by the plea agreement. |